UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| EMPIRE EAGLE CHASE INDIANA, LLC, )<br>)<br>            Plaintiff,     )<br>)<br>      v.                )<br>)<br>SENECA INSURANCE COMPANY, INC. )<br>and SENECA SPECIALTY INSURANCE  )<br>COMPANY,                        )<br>)<br>            Defendants.   )| Case No. 1:18-cv-00241 |

## NOTICE OF REMOVAL

Defendants Seneca Insurance Company, Inc. and Seneca Specialty Insurance Company (collectively, "Defendants") pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby serve their Notice of Removal of this action from the Grant County, Circuit Court of Indiana to the United States District Court for the Northern District of Indiana, Fort Wayne Division. Removal is proper based on diversity jurisdiction as explained below:

1. Plaintiff commenced this action on July 6, 2018 by filing a complaint in the State of Indiana, County of Grant, Cause No, 27C01-1807-PL-000025, styled *Empire Eagle Chase Indiana, LLC v. Seneca Insurance Company, Inc. and Seneca Specialty Insurance Company* (the "Complaint").

2. The Complaint contains three causes of action sounding in: (1) breach of contract; (2) declaratory relief; and (3) bad faith.

3. Defendants Seneca Insurance Company, Inc. and Seneca Specialty Insurance Company received a copy of the Complaint on July 6, 2018.

*Diversity of Parties*

4. Defendants Seneca Insurance Company, Inc. and Seneca Specialty Insurance Company are corporations.

5. Corporations are deemed to be citizens of the state in which they are incorporated and the state in which they have their principal place of business. *Karpov v. Per-Se Techs., Inc.*, 2007 U.S. Dist. LEXIS 91787, 3 (N.D. Ind. 2007).

6. At the time this lawsuit was filed and as of the date of this notice, Seneca Insurance Company, Inc. was and is a citizen of New York because it was incorporated in and had its principal place of business in New York.  Ex. A and Ex B.

7. At the time this lawsuit was filed and as of the date of this notice, Seneca Specialty Insurance Company was and is a citizen of New York and Delaware, as it was incorporated in the state of Delaware and has its principal place of business in New York.  Ex. B.

8. Therefore, there is diversity between the two sides so long as the Plaintiff is not a citizen of New York or Delaware.

9. Pursuant to the Complaint, Plaintiff Empire Eagle Chase Indiana, LLC is an Indiana domestic limited liability company ("LLC").  Complaint at ¶5.

10. The citizenship of an LLC for purposes of the diversity jurisdiction is the citizenship of its members.  *Karpov*, 2007 U.S. Dist. LEXIS 91787 at 3.

11. Here, the Plaintiff LLC members are not identified in the Complaint; however, our research suggests that the member or members may be from Pennsylvania.

12. Specifically, publicly-available documents identify two individuals associated with Empire Eagle Chase Indiana, LLC: Michael Pearlstein (President) and Kenneth Fleekop (Secretary).  Those documents further provide that Mr. Pearlstein and Mr. Fleekop have the same Pennsylvania address of 3901 Manayuk Ave., Suite 103, Philadelphia, Pennsylvania 19128.

13. In addition, the Policy's Declarations that Plaintiff attached to its Complaint identifies the Named Insured's mailing address as: "Empire Eagle Chase Indiana, LLC c/o

Empire Realty Management, Inc., 3901 Manayuk Ave., Suite 103, Philadelphia, Pennsylvania 19128". 3901 Manayuk Ave., Suite 103, Philadelphia, Pennsylvania 19128 is the same Pennsylvania address that was provided for Mr. Pearlstein and Mr. Fleekop. Our investigation also indicates that Empire Realty Management, Inc. is a Pennsylvania corporation with its principal place of business in Pennsylvania.

*Amount in Controversy*

14. The amount in controversy in a diversity case is the stakes that the plaintiff alleges and, provided the allegation is not false to a "legal certainty", the amount is taken as true for purposes of jurisdiction. *Smoot v. Mazda Motors of American, Inc*., 469 F.3d 675 (7th Cir. 2006). In other words, when the complaint includes a number, it generally controls. *Id*.

15. The amount in controversy requirement is thus satisfied here because Plaintiff alleges that it has been damaged in an amount in excess of $1 million. Complaint at ¶33.

*Additional Removal Requirements Have Been Met*

16. Pursuant to §1441(a), venue is proper in the United States District Court for the Northern District of Indiana, Fort Wayne Division because this action is pending in Grant County, which is within the Northern District of Indiana.

17. Pursuant to §1446(a), copies of all of the process, pleadings, and orders served upon the Defendants in this action are attached as Exhibit A.

18. Pursuant to §1446(b), this Notice of Removal is being filed within thirty (30) days of Seneca Insurance Company, Inc. and Seneca Specialty Insurance Company being served with the Complaint.

19. Pursuant to §1446(d), Defendants will promptly file a notice of this removal with the Grant Circuit Court, and a copy of the notice will be served on Plaintiff.

20. Furthermore, no discovery has been answered in this case and no substantive proceedings have occurred.

WHEREFORE, Defendants Seneca Insurance Company, Inc. and Seneca Specialty Insurance Company respectfully notify this Court, the state court, and the Plaintiff of the removal of this action from the Grant County, Circuit Court of Indiana to the United States District Court for the Northern District of Indiana, Fort Wayne Division, based on diversity jurisdiction.

Respectfully submitted:

s/ *Casey R. Stafford*
Casey R. Stafford, ID #27355-49
KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204
Phone: 317-638-4521
Fax: 317-636-5917
cstafford@k-glaw.com

James Hickey
Kennedys CMK LLP
100 North Riverside Plaza – Suite 2100
Chicago, Illinois 60606
Phone: 312-800-5000
Fax: 312-800-5010
james.hickey@kennedyscmk.com

*Attorneys for Defendants Seneca Insurance Company, Inc. and Seneca Specialty Insurance Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that I have, on this 3rd day of August, 2018, a copy of the foregoing pleading was electronically filed with the United States District Court for the Northern District of Indiana, Fort Wayne Division using the CM/ECF System, which will then send notification of said filing to the following attorneys of record:

    Michael Schultz
    James A. L. Buddenbaum
    Parr Richey Frandsen Patterson Kruse LLP
    251 N. Illinois Street, Suite 1800
    Indianapolis, IN 46204
    mschultz@parrlaw.com
    jbuddenbaum@parrlaw.com


                                              Respectfully submitted:

                                              s/ *Casey R. Stafford*
                                              Casey R. Stafford

181153\4721016-1