UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| EMPIRE EAGLE CHASE INDIANA, LLC, )<br>  )<br>      Plaintiff,       )<br>  )<br>  v.           )<br>  )<br>SENECA INSURANCE COMPANY, INC. )<br>and SENECA SPECIALTY INSURANCE )<br>COMPANY,      )<br>  )<br>      Defendants.    ) | Cause No. 1:18-cv-00241-HAB-SLC |

### STIPULATON OF DISMISSAL WITH PREJUDICE

In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, Empire Eagle Chase Indiana, LLC and Defendants, Seneca Insurance Company, Inc. and Seneca Specialty Insurance Company, stipulate through their undersigned counsel, that the above-captioned matter is hereby voluntarily dismissed with prejudice, with each side to bear its own attorney fees and costs.

Respectfully submitted,

By: /s/ Michael L. Schultz
    Michael L. Schultz (20361-49)
    James A. L. Buddenbaum (14511-49)
    PARR RICHEY FRANDSEN PATTERSON
      KRUSE LLP
    251 N. Illinois Street, Suite 1800
    Indianapolis, IN 46204
    Telephone: (317) 269-2500
    Facsimile: (317) 269-2514
    E-mail: mschultz@parrlaw.com
           jbuddenbaum@parrlaw.com

By: /s/ James L. Hickey *(with permission)*
    James J. Hickey
    Benjamin A. Blume
    Kennedys CMK LLP
    100 N. Riverside Plaza, Suite 2100
    Chicago, IL 60606
    Telephone: (312) 800-5000
    Facsimile: (312)-800-5010
    Email: james.hickey@kennedyscmk.com
           benjamin.blume@kennedyscmk.com

*Attorneys for Plaintiff, Empire Eagle Chase Indiana, LLC*

Casey Stafford
Kightlinger & Gray, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204
Telephone: (317) 638-4521
Facsimile: (317)636-5917
Email: cstafford@k-glaw.com

*Attorneys for Defendants, Seneca Insurance Company, Inc. and Seneca Specialty Insurance Company*

1438065